# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 17-696 consolidated with 17-538

**STATE OF LOUISIANA**

**VERSUS**

**CURTIS CHELEY**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 90627
HONORABLE VERNON BRUCE CLARK, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**SHANNON J. GREMILLION**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Marc T. Amy, Shannon J. Gremillion, and Phyllis M. Keaty, Judges.

**CONVICTION AFFIRMED, SENTENCE VACATED, AND REMANDED.**

**Paula C. Marx**
**Louisiana Appellate Project**
**P. O. Box 80006**
**Lafayette, LA 70598-0006**
**(337) 991-9757**
**COUNSEL FOR DEFENDANT/APPELLANT:**
     **Curtis Cheley**

**Hon. Asa Allen Skinner**
**Thirtieth Judicial District Attorney**
**Terry W. Lambright**
**First Assistant District Attorney**
**P. O. Box 1188**
**Leesville, LA 71446-1188**
**(337) 239-2008**
**COUNSEL FOR APPELLEE:**
     **State of Louisiana**

**GREMILLION, Judge.**

For the reasons expressed in *State v. Cheley*, 17-538 (La.App. 3 Cir. __/__/__), ___ So.3d ___, Defendant's conviction is affirmed, his sentence is vacated, and the matter remanded to the trial court for an evidentiary hearing on whether Defendant's prior guilty plea for possession of cocaine was informed and voluntary, and for resentencing.

**CONVICTION AFFIRMED, SENTENCE VACATED, AND REMANDED.**